UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

*** Filed ***
02:51 AM, 05 May, 2025
U.S.D.C., Eastern District of New

Brian Markuson,           )

  Plaintiff,         )

            )

  v.           )    Case No. 1:25-cv-02271-DG-JRC

            )

City of New York, et al.,      )

  Defendants.      )

MOTION TO CORRECT NATURE OF SUIT CODE UNDER RULE 7(b)

Plaintiff respectfully moves this Court under Rule 7(b) of the Federal Rules of Civil Procedure to correct the docket classification in this matter from '550 - Prisoner: Civil Rights' to '440 - Civil Rights: Other'.

This case does not involve conditions of confinement, post-conviction detention, or correctional treatment. Plaintiff has never been incarcerated and the complaint arises entirely from pretrial unconstitutional actions-specifically a warrantless search and false arrest conducted by multiple agencies on April 17, 2024.

Plaintiff previously submitted a written request to correct the Nature of Suit (NOS) code while the case was pending in the Southern District (1:25-cv-02714-LTS), which was not addressed prior to transfer to this Court. The error persists on the current docket.

As the current misclassification materially affects the framing and processing of this civil rights action-including judicial assignment, precedential indexing, and public transparency-Plaintiff respectfully asks that the docket be amended to reflect the correct NOS code: '440 - Civil Rights: Other'.

WHEREFORE, Plaintiff prays that this Court direct the Clerk to amend the docket to reflect the proper case category pursuant to Fed. R. Civ. P. 7(b), and for such further relief as the Court deems just and proper.

Dated: 5/5/2025


Respectfully submitted,

Brian Markuson

Pro Se Plaintiff